**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| United States of America, | Case No. 2:24-cr-00080-JAD-BNW-1 |
| Plaintiff, | |
| v. | **ORDER** |
| Emily Cervantes Meza, | |
| Defendant. | |

Before this Court is Defendant's Motion for Appointment of Counsel (ECF No. 14) and Motion to Seal Financial Affidavit (ECF No. 15). Defendant seeks appointment of counsel to assist her with a supervised-release matter in this case. ECF No. 14 at 1. Upon reviewing the sealed financial affidavit, this Court is satisfied that Defendant is financially unable to employ counsel and appointment is appropriate under 18 U.S.C. § 3006A(a)(1)(E) and LCR 44-1. In addition, Defendant seeks to seal her financial affidavit. This Court finds good cause to do so because it contains confidential financial information. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).

**IT IS ORDERED** that Motion for Appointment of Counsel (ECF No. 14) is **GRANTED**. The Office of the Federal Public Defender and Assistant Federal Public Defender Heidi A. Ojeda is appointed to represent Defendant.

**IT IS FURTHER ORDERED** that Motion to Seal Financial Affidavit (ECF No. 15) is **GRANTED**. The Clerk's Office is directed to maintain the financial affidavit (ECF No. 16) under seal.

DATED: June 3, 2025

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE